UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG -4 AM 10: 11

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Ezequiuel CRUZ-Rodriguez,** Defendant | Magistrate Docket No. '08 MJ 2398 |
| | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 1, 2008,** within the Southern District of California, defendant, **Ezequiuel CRUZ-Rodriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF **AUGUST 2008.**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

8/1/08

UFN

**CONTINUATION OF COMPLAINT:**
**Ezequiuel CRUZ-Rodriguez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On Friday August 1, 2008, at approximately 6:30 P.M., Senior Patrol Agent A. Roozen received a phone call from Sergeant Norton of the San Diego Police Department's Gang Unit regarding a subject identified as **Ezequiuel CRUZ-Rodriguez**. Sergeant Norton told Agent Roozen that they came into contact with CRUZ when they received a telephone call from Scripps Mercy Hospital in San Diego, California, concerning the admittance of a patient that had a gun shot wound in his leg. San Diego Police Department Officer Savage was dispatched to the hospital to investigate the incident.

During Officer Savage's investigation, he discovered that CRUZ had given him a false name in order to hide his true identity. CRUZ eventually gave his correct name and Officer Savage was able to obtain his true criminal record. Officer Savage discovered that CRUZ was a documented gang member in the city of San Diego. Officer Savage also discovered that he had multiple arrests and convictions and that CRUZ had been previously deported.

Upon his discharge from the hospital, Officer Savage took custody of CRUZ for state firearms violation. Sergeant Norton advised Agents Roozen and Weatherred that CRUZ would be at San Diego Police Department's Headquarters, if the Border Patrol would have any interest in the subject.

On August 1, 2008 Agents Roozen and Weatherred conducted an immigration interview with CRUZ at the San Diego Police Headquarters located at 1401 Broadway Ave. San Diego, California. During his interview, CRUZ admitted that he was citizen of Mexico, not in possession of any immigration documents that would allow him to enter or remain in the United States. At approximately 8:30 P.M., on August 1, 2008, CRUZ was placed under arrest and transported to the Chula Vista Border Patrol Station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 28, 2003** through **Calexico, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on August 2, 2008, at 9:30 A.M.**

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **one** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August 1, 2008**, in violation of **Title 8**, United States Code, Section **1326**.

Ruben B. Brooks
United States Magistrate Judge

8/3/08 12:00pm
Date/Time